IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>BRADLYNN CORP., INC.,<br><br>                    Debtor | Chapter 11<br>Case No. 23-12412-JEB |

**NOTICE OF APPEARANCE OF COUNSEL OF RECORD**
**(WITH CERTIFICATE OF SERVICE)**

To the clerk of court and all parties of record,

      I am an attorney for an agency of the United States, in good standing as a member of the bar in every jurisdiction in which I am admitted to practice, not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction, and I appear in this case pursuant to local rule 9010-1 as counsel for William K. Harrington, the United States Trustee for Region 1.

      Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1,

By:   /s/ Eric K. Bradford
Eric K. Bradford BBO#560231
Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
Phone: (202) 306-3815
Fax: (617) 565-6368
Eric.K.Bradford@usdoj.gov

Dated: December 22, 2023.

1

## CERTIFICATE OF SERVICE

      I certify that on December 22, 2023, true and correct copies of the foregoing notice of appearance were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the debtor's attorney, who is identified below.

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE,
                                        REGION 1,

                       By:     */s/ Eric K. Bradford*
                              Eric K. Bradford BBO#560231
                              Department of Justice
                              John W. McCormack Post Office & Courthouse
                              5 Post Office Square, Suite 1000
                              Boston, MA 02109
                              Phone: (202) 306-3815
                              Fax: (617) 565-6368
Dated: December 22, 2023.        Eric.K.Bradford@usdoj.gov

**BY CM/ECF:**

Peter M. Daigle, Esq.
The Law Office of Peter M. Daigle, P. C.
1550 Falmouth Road
Suite 10
Centerville, MA 02632
(Debtor's Counsel)