# Budget summary

**December**

| Budget area | Estimated |
| --- | --- |
| Income | 95,170.00 |
| Operating expenses | 90,659.03 |
| **Balance (income minus expenses)** | **4,510.97** |

# Operating expenses

**December**

| Expenses | Estimated |
| --- | --- |
| Auto Payments | 1,198.96 |
| Payroll | 32,196.37 |
| Dues and subscriptions | 250.00 |
| Insurance | 4,330.00 |
| Maintenance and repairs | 1,123.70 |
| Office supplies | 300.00 |
| Rent or mortgage | 2,250.00 |
| Supplies | 45,540.00 |
| Telephone | 720.00 |
| Utilities | 2,750.00 |
| **Total operating expenses** | **90,659.03** |