# Budget summary

**January**

| Budget area | Estimated |
| --- | --- |
| Income | 49,100.70 |
| Operating expenses | 46,413.96 |
| **Balance (income minus expenses)** | **2,686.74** |

# Operating expenses

**January**

| Expenses | Estimated |
| --- | --- |
| Auto Payments | 1,198.96 |
| Payroll | 24,000.00 |
| Dues and subscriptions | 250.00 |
| Insurance | 4,330.00 |
| Maintenance and repairs | 500.00 |
| Office supplies | 100.00 |
| Rent or mortgage | 2,250.00 |
| Supplies | 10,315.00 |
| Telephone | 720.00 |
| Utilities | 2,750.00 |
| **Total operating expenses** | **46,413.96** |