UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:            )<br>BRADLYNN CORP INC.  )<br>　　Debtor,    )<br>            ) | Chapter 11<br>Case No.: 23-12142 |

### ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION THEREFOR

Upon consideration of the Debtor's Motion for Authority to Use Cash Collateral (the "Motion"), dated December 22, 2023, wherein the Debtor seeks an order of this Court authorizing, on an interim and final basis, the Debtor to use the cash and other collateral claimed by Funding Circle ("Funding Circle"), and for approval of the adequate protection for such use on the terms proposed in the Motion; the Debtor having represented in the Motion that its ongoing operations would be severely disrupted unless the relief sought by the Motion were granted forthwith, and this Court, accordingly, having held an expedited hearing on _____, 2023; the Debtor having attested that copies of the Motion were served on December 22, 2023 and copies of the Notice of Hearing thereon were served on _____, 2023 by ECF, email, overnight mail or fax transmission, as reflected in the Certificate of Service filed with the Motion and Notice upon: (a) the Office of the United States Trustee for this district; (b) the Debtor's 20 largest unsecured creditors as reflected in the list filed by the Debtor pursuant to Fed. R. Bankr. P. 1007(d); (c) the Internal Revenue Service; (d) the Massachusetts Department of Revenue; (e) the Massachusetts Department of Unemployment Assistance; (f) the Debtor's secured creditors as reflected in the Debtor's schedules and statements filed in this case (collectively the "Notice Parties"); this Court having found such service and notice of the Motion and the hearing thereon to be sufficient notice, pursuant to Sections 361 and 363 of the Bankruptcy Code, Fed. R. Bankr.

P. 4001 and MLBR 4001-2(b), in the particular circumstances; it appearing to this Court that the Debtor is able to provide Credibly of Arizona, LLC and Headway Capital, LLC with adequate protection of the type described in Section 361(2) of the Bankruptcy Code and is therefore entitled, under Section 363(c) of the Bankruptcy Code, to utilize in the ordinary course of its business the collateral in which Funding Circle claims a security interest; and it appearing to this Court that the relief sought in the Motion is in the best interests of the Debtor and its creditors; it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted.

2. On an interim basis, the Debtor be, and hereby is, authorized to collect and use those prepetition assets in which Credibly of Arizona, LLC and Headway Capital, LLC claim a security interest, including any proceeds of prepetition accounts receivable and cash on hand, for the purposes and on the terms proposed in the Motion in the operation of its business as debtor-in-possession, provided, however, that pursuant to Fed. R. Bankr. P. 4001(b)(2) and pending allowance of a final order allowing the relief requested in the Motion, the Debtor shall use and expend only that amount of asserted cash collateral as is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing of this Court on the Motion.

3. As adequate protection:

    a. The Debtor shall make monthly adequate protection payments to Credibly in the amount of $1,500.00; and

    b. The Debtor shall make monthly adequate protection payments to Headway in the amount of $1,000.00; and

    b. The Debtor shall remain within its Budget, attached hereto as Exhibit A, within an overall margin of 10 percent.

  4. The hearing to consider further use of collateral and adequate protection therefor as proposed in the Motion is hereby scheduled for _____, 2023 at _____ before this Court. On or before _____, 2023 at 4:30 p.m., the Debtor shall file a motion for further use of cash collateral, along with a new budget and a reconciliation of its actual receipts and disbursements against the current budget. Any objections must be filed by _____, 2023 by 4:30 p.m. The Debtor shall provide notice of such hearing and objection deadline, by way of a copy of this Order, by first class mail upon each of the Notice Parties by the next business day following this Court's entry of this Order.

                  BY THE COURT

Dated: December \_\_\_\_\_, 2023

                  _____
                  Hon. Janet E. Bostwick