UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| BRADLYNN CORP INC. | ) | Case No.: 23-12142 |
| Debtor, | ) |  |

## ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION WAGES

Upon consideration of the Debtor's Motion for Order Authorizing the Debtor to Pay Prepetition Wages (the "Motion") filed by Debtor Bradlynn Corp. Inc. (the "Debtor"); the Debtor having represented in the Motion that the operation of its business would be severely disrupted unless the relief sought by the Motion were granted forthwith, and this Court, accordingly, having held an emergency hearing on _____, 2023; the Debtor having attested that copies of the Motion and the proposed form of this Order were served on _____ _____, 2023, by facsimile, email, first class mail or ECF, as reflected in the Certificate of Service filed with the Motion, upon: (a) the Office of the United States Trustee for this district; (b) the Debtor's 20 largest unsecured creditors as reflected in the list filed by the Debtor pursuant to Fed. R. Bankr. P. 1007(d); (c) the Internal Revenue Service; (d) the Massachusetts Department of Revenue; (e) the Massachusetts Department of Unemployment Assistance; (f) the Debtor's secured creditors as reflected in the Debtor's schedules and statements filed in this case (collectively the "Notice Parties").; that notice of the hearing of the Motion was served by email, telephone or fax on ___, 2023 upon the Notice Parties, as set forth in a Certificate of Notice and Service filed by the Debtor's counsel on ___, 2023; this Court having found such service and notice of the Motion, the proposed Order thereon and the hearing thereon to be sufficient notice, in the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

**THE COURT FINDS AND CONCLUDES THAT:**

A.    This Court has jurisdiction over these cases under 28 U.S.C. § 1334(b).

B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.    Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D.    This Court has reviewed the Motion and has considered the representations regarding the relief requested therein.

E.    The relief requested in the Motion is necessary and in the best interests of the Debtor and its estates.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Motion is granted.

2.    The Debtor is authorized to pay all amounts due on account of prepetition wages and salaries, and any related taxes due thereon (including all federal, state and local payroll taxes, deductions, and withholdings), as more fully described in the Motion.

3.    Nothing in the Motion or in this Order shall be deemed to effect an assumption or adoption of any of the Debtor's executory agreements or policies.

4.    Any bank upon which any checks have been drawn in payment of prepetition salary, wages, commissions, reimbursable expenses or benefits, as described above, are authorized and directed to honor upon presentation any such checks, including those that were previously dishonored, as well as to honor the Debtor's policies regarding direct deposits of checks, to the extent the accounts contain sufficient funds to make such payments.

5. Banks are authorized to rely on the representations of the Debtor as to the checks that may be honored pursuant to the preceding paragraph.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

BY THE COURT

Dated: December ___, 2023

_____
Judge Janet E. Bostwick
United States Bankruptcy Judge