

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BRADLYNN CORP. INC.,<br><br>　　　　Debtor | Chapter 11<br>Case No. 23-12142-JEB |

### Order Setting Emergency Hearing and Objection Deadline

**MATTER:**
#6 Emergency Motion filed by Debtor Bradlynn Corp. Inc. for Use of Cash Collateral
#8 Emergency Motion filed by Debtor Bradlynn Corp. Inc. to Pay Prepetition Wages

The requests for emergency determination are granted as follows. The Court will hold a hearing on the Motions on **December 27, 2023, at 10:30 a.m.** The hearing will be telephonic. **Objections to the Motions may be raised at the hearing.**

The Debtor shall immediately give notice of the hearing to all who were served with the Motions by (i) serving a copy of this Order by electronic mail or other method designed to provide immediate notice, or (ii) giving telephonic notice of the hearing followed by service of a copy of this Order by first class mail, postage prepaid. The Debtor shall file a certificate of service (including the manner of service) by **December 22, 2023**.

All participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, dial **1-877-336-1839 and enter access code 1378281#**. To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

Dated: December 22, 2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge