# Budget summary

**December**

| Budget area | Estimated |
|---|---|
| Income | 95,170.00 |
| Operating expenses | 93,159.03 |
| **Balance (income minus expenses)** | **2,010.97** |

# Operating expenses

**December**

| Expenses | Estimated |
|---|---|
| Auto Payments | 1,198.96 |
| Payroll | 32,196.37 |
| Dues and subscriptions | 250.00 |
| Insurance | 4,330.00 |
| Maintenance and repairs | 1,123.70 |
| Office supplies | 300.00 |
| Rent or mortgage | 2,250.00 |
| Supplies | 45,540.00 |
| Telephone | 720.00 |
| Utilities | 2,750.00 |
| Adequate Protection Payment | 2,500.00 |
| **Total operating expenses** | **93,159.03** |

# Budget summary

**January**

| Budget area | Estimated |
|---|---|
| Income | 49,100.70 |
| Operating expenses | 47,928.96 |
| **Balance (income minus expenses)** | **1,171.74** |

# Operating expenses

**January**

| Expenses | Estimated |
|---|---|
| Auto Payments | 1,198.96 |
| Payroll | 24,000.00 |
| Dues and subscriptions | 250.00 |
| Insurance | 4,330.00 |
| Maintenance and repairs | 500.00 |
| Office supplies | 100.00 |
| Rent or mortgage | 2,250.00 |
| Supplies | 9,580.00 |
| Telephone | 720.00 |
| Utilities | 2,500.00 |
| Adequate Protection Payment | 2,500.00 |
| **Total operating expenses** | **47,928.96** |

# Budget summary

**February**

| Budget area | Estimated |
| --- | --- |
| Income | 50,000.00 |
| Operating expenses | 48,598.96 |
| **Balance (income minus expenses)** | **1,401.04** |

# Operating expenses

**February**

| Expenses | Estimated |
| --- | --- |
| Auto Payments | 1,198.96 |
| Payroll | 24,000.00 |
| Dues and subscriptions | 250.00 |
| Insurance | 4,330.00 |
| Maintenance and repairs | 500.00 |
| Office supplies | 100.00 |
| Rent or mortgage | 2,250.00 |
| Supplies | 10,000.00 |
| Telephone | 720.00 |
| Utilities | 2,750.00 |
| Adequate Protection Payment | 2,500.00 |
| **Total operating expenses** | **48,598.96** |

# Budget summary

**March**

| Budget area | Estimated |
|---|---|
| Income | 49,000.00 |
| Operating expenses | 47,598.96 |
| **Balance (income minus expenses)** | **1,401.04** |

# Operating expenses

**March**

| Expenses | Estimated |
|---|---|
| Auto Payments | 1,198.96 |
| Payroll | 24,000.00 |
| Dues and subscriptions | 250.00 |
| Insurance | 4,330.00 |
| Maintenance and repairs | 500.00 |
| Office supplies | 100.00 |
| Rent or mortgage | 2,250.00 |
| Supplies | 9,000.00 |
| Telephone | 720.00 |
| Utilities | 2,750.00 |
| Adequate Protection Payment | 2,500.00 |
| **Total operating expenses** | **47,598.96** |