

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  Bradlynn Corp. Inc.<br><br>Debtor | Ch. 11<br>23-12142-JEB |

**Order**

**MATTER:**

#13 Supplemental Document Re: [6] Motion for Cash Collateral filed by Debtor Bradlynn Corp. Inc.

The Debtor shall refile, by **December 26, 2023**, the Supplemental Document along with a cover page that includes the case caption and a description that reflects it is a supplement to the Emergency Motion for Authorization to Use Cash Collateral [#6] and explains what the Supplemental Document is.

Dated: 12/22/2023

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge