

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Bradlynn Corp. Inc. | Ch. 11 |
| | | 23-12142-JEB |
| | Debtor | |

## Proceeding Memorandum and Order

**MATTER:**
#8 Emergency Motion filed by Debtor Bradlynn Corp. Inc. to Pay Prepetition Wages

**Decision set forth more fully as follows:**
Hearing held on December 27, 2023. As more fully set forth on the record, the Motion was superseded by the Amended Motion [#21] filed on December 26, 2023.

Dated: 12/27/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge