

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:     Bradlynn Corp. Inc.<br><br>           Debtor | Ch. 11<br>23-12142-JEB |

## Proceeding Memorandum and Order

**MATTER:**
#6 Emergency Motion filed by Debtor Bradlynn Corp. Inc. for Use of Cash Collateral

**Decision set forth more fully as follows:**
Hearing held on December 27, 2023. For the reasons set forth on the record, the Motion is granted on an interim basis. The Debtor is authorized to use cash collateral on an interim basis through **January 4, 2024,** subject to the terms of this Order. The Debtor may use cash collateral only to pay the sums due for prepetition wages and payroll taxes due on December 27, 2023, for the pay period ending December 20, 2023, in the approximate amount of $5,103. The Debtor shall by **December 29, 2023**, file a supplement setting forth the cash budget on a weekly basis.

As adequate protection for any diminution in their interests due to the use of cash collateral, the secured creditors are granted replacement liens in postpetition assets of the same kind, type, and nature as their prepetition collateral and any proceeds thereof. Such liens shall have the same priority as the prepetition liens of the secured creditors and shall be deemed valid, enforceable and perfected only to the extent that the prepetition liens of the secured creditors are valid, enforceable and perfected. Nothing herein constitutes a determination of the validity, enforceability, perfection or priority of any liens.

The Court will hold a further hearing on the Motion on **January 3, 2024, at 11:00 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA. Objections to the Motion may be raised at the hearing.

The Debtor is responsible for: 1) serving a copy of this Order upon all parties entitled to notice in a manner intended to provide immediate notice; and 2) filing a certificate of such service by **December 28, 2023**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 12/27/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge