

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Bradlynn Corp. Inc. | Ch. 11 |
|---|---|---|
| | Debtor | 23-12142-JEB |

## Proceeding Memorandum and Order

**MATTER:**
#21 Amended #8 Emergency Motion filed by Debtor Bradlynn Corp. Inc. to Pay Prepetition Wages

**Decision set forth more fully as follows:**
Hearing held on December 27, 2023. For the reasons set forth on the record, the Motion is granted in part as provided in this Order. The Debtor is authorized to pay the sums due for prepetition wages and payroll taxes due on December 27, 2023, for the pay period ending December 20, 2023, in the approximate amount of $5,103. The Debtor shall by **December 29, 2023**, file and serve (i) a statement listing the employees and the amounts paid for the prepetition wages and taxes for the payroll paid on December 27, 2023, and (ii) a statement setting forth any additional prepetition wages and payroll taxes the Debtor seek to pay, listed by employee. In each of the foregoing statements, the Debtor shall identify any insiders, but may redact the names of non-insider employees.

The Court shall hold a continued hearing on the Motion on **January 3, 2024, at 11:00 a.m**. The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #2, Boston, MA. Objections to the Motion may be raised at the hearing.

The Debtor is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **December 28, 2023**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 12/27/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge