UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>BRADLYNN CORP INC.<br>    Debtor, | Chapter 11<br>Case No.: 23-12142 |

## AFFIDAVIT THAT NO STATEMENT OF OPERATIONS HAS BEEN PREPARED
(11 U.S.C. § 1116(1)(B))

Now comes the Debtor, by and through its President, and being duly sworn, states, under the penalties of perjury, that no statement of operations has been prepared.

BRADLYNN CORP. INC.

Dated: December 26, 2023

By _____
Dean Fawcett III