UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: <br> BRADLYNN CORP INC. <br>    Debtor, | Chapter 11 <br> Case No.: 23-12142 |

## AFFIDAVIT THAT NO BALANCE SHEET HAS BEEN PREPARED
(11 U.S.C. § 1116(1)(B))

Now comes the Debtor, by and through its President, and being duly sworn, states, under the penalties of perjury, that no balance sheet has been prepared.

BRADLYNN CORP. INC.

Dated: December 26, 2023

By: _____
Dean Fawcett III