# United States Bankruptcy Court
**District of Massachusetts**

In re    Bradlynn Corp. Inc.                                                    Case No.    23-12142
                                    Debtor(s)                                   Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Dean Fawcett, III, declare under penalty of perjury that I am the President of Bradlynn Corp. Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21 day of December, 20 23.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dean Fawcett, III, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Dean Fawcett, III, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Dean Fawcett, III, President of this Corporation is authorized and directed to employ Peter M. Daigle, attorney and the law firm of Daigle Law Office to represent the corporation in such bankruptcy case."

Date  12/26/23                                    Signed _____
                                                          Dean Fawcett, III

Resolution of Board of Directors
of
Bradlynn Corp. Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dean Fawcett, III, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Dean Fawcett, III, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Dean Fawcett, III, President of this Corporation is authorized and directed to employ Peter M. Daigle, attorney and the law firm of Daigle Law Office to represent the corporation in such bankruptcy case.

Date  12/26/23                              Signed _____