**13 Week Budget**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week ending | | 12/30/2023 | 1/6/2024 | 1/13/2024 | 1/20/2024 | 1/27/2024 | 2/3/2024 | 2/10/2024 | 2/17/2024 | 2/24/2024 | 3/2/2024 | 3/9/2024 | 3/16/2024 | 3/23/2024 | | |
| Cash Receipts | | $ 12,800.00 | $ 5,000.00 | $ 49,400.00 | $ 7,000.00 | $ 5,000.00 | $ 17,000.00 | $ 5,000.00 | $ 15,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 15,000.00 | | $ 151,200.00 |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| | Materials -Cost of Goods Sold | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| | Insurance : Worker's Comp | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | | $ 1,300.00 |
| | Insurance : Liability | $ 2,275.26 | $ - | $ - | $ - | $ 1,088.88 | $ - | $ - | $ - | $ 1,088.88 | $ - | $ - | $ - | $ 1,088.88 | | $ 5,541.90 |
| | Insurance : Auto | $ - | $ - | $ 720.00 | | $ - | $ 720.00 | $ - | | $ - | $ 720.00 | | | $ 720.00 | | $ 2,880.00 |
| | Postage | | | $ 100.00 | | | $ - | | | | $ - | | $ - | | | $ 100.00 |
| | Professional Fees :Payroll Ser | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | $ 110.00 | | $ 1,430.00 |
| | Excise, Other | $ 600.00 | | $ - | | | | | | | | | | | | $ 600.00 |
| | Rent | $ - | $ 2,250.00 | $ - | $ 4,900.00 | $ - | $ 2,250.00 | $ - | $ - | | $ 2,250.00 | $ - | $ - | | | $ 11,650.00 |
| | Office Supplies | $ 150.00 | $ - | $ - | $ - | $ - | $ - | $ 150.00 | $ - | $ - | $ - | $ - | $ 150.00 | $ - | | $ 450.00 |
| | Printing Supplies | $ 150.00 | $ - | $ - | $ - | $ - | $ 100.00 | $ - | $ - | $ - | $ - | $ 100.00 | $ - | $ - | | $ 350.00 |
| | Equipment Rental (Leases) | | | $ - | | | | $ 1,978.98 | | | | $ - | | | | $ 1,978.98 |
| | Telephone | $ 850.00 | | $ - | | $ 850.00 | | $ - | | $ 850.00 | | $ - | | $ 850.00 | | $ 3,400.00 |
| | Utilites | $ 200.00 | $ - | $ - | $ 200.00 | $ - | $ - | $ 200.00 | $ - | $ - | $ 200.00 | $ - | $ 566.00 | $ 566.00 | | $ 1,932.00 |
| | Rubbish, Pest and Cesspool | $ - | | $ 200.00 | | | | $ - | $ 200.00 | | | $ - | $ 200.00 | | | $ 600.00 |
| | Equipment Service / Maintenance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| | Supplies | $ 1,500.00 | $ - | $ 200.00 | $ 2,000.00 | $ 5,000.00 | $ 7,500.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,500.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | | $ 24,700.00 |
| | Payroll | $ 3,784.46 | $ 3,500.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | $ 3,900.00 | | $ 50,184.46 |
| | Payroll Tax | $ 1,756.00 | $ 1,500.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | | $ 23,056.00 |
| | Subcontractors | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| | Auto Payments | $ - | | $ 710.00 | $ 480.00 | | | $ - | $ 710.00 | $ 480.00 | | $ 710.00 | $ 480.00 | | | $ 3,570.00 |
| | Health Insurance | $ 800.00 | | $ 1,600.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 6,400.00 |
| | Dental Insurance | | | $ - | | | | $ - | | | | $ - | | | | $ - |
| **Chapter 11 Expenses** | | | | | | | | | | | | | | | | |
| | Adeq. Prot. | | | $ - | | $ 2,500.00 | | $ - | | $ 2,500.00 | | $ - | | $ 2,500.00 | | $ 7,500.00 |
| | UST Fees | | | | | | | | | | | | $ - | | | $ - |
| | Total Expenses | $ 12,275.72 | $ 7,460.00 | $ 9,440.00 | $ 13,490.00 | $ 15,348.88 | $ 16,480.00 | $ 11,238.98 | $ 7,820.00 | $ 11,828.88 | $ 11,580.00 | $ 9,720.00 | $ 8,306.00 | $ 12,634.88 | | $ 147,623.34 |
| Net Cash Flow | | $ 524.28 | $ (2,460.00) | $ 39,960.00 | $ (6,490.00) | $ (10,348.88) | $ 520.00 | $ (6,238.98) | $ 7,180.00 | $ (6,828.88) | $ (6,580.00) | $ (4,720.00) | $ (3,306.00) | $ 2,365.12 | | $ 3,576.66 |
| Beginning Cash | | $ 2,400.00 | $ 2,924.28 | $ 464.28 | $ 40,424.28 | $ 33,934.28 | $ 23,585.40 | $ 24,105.40 | $ 17,866.42 | $ 25,046.42 | $ 18,217.54 | $ 11,637.54 | $ 6,917.54 | $ 3,611.54 | | $ 2,400.00 |
| Ending Cash | | $ 2,924.28 | $ 464.28 | $ 40,424.28 | $ 33,934.28 | $ 23,585.40 | $ 24,105.40 | $ 17,866.42 | $ 25,046.42 | $ 18,217.54 | $ 11,637.54 | $ 6,917.54 | $ 3,611.54 | $ 5,976.66 | | $ 5,976.66 |