UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| BRADLYNN CORP INC. ) | Case No.: 23-12142 |
| Debtor, ) |  |

## DEBTOR'S STATEMENT LISTING ADDITIONAL PREPETITION WAGES AND PAYROLL TAXES

Debtor Bradlynn Corp. Inc. (the "Debtor"), by and through its proposed counsel, The Law Office of Peter M. Daigle, hereby submits its statement setting forth additional prepetition wages and payroll taxes for December 21, 2023.

1. Dean Fawcett III:    $327.00
2. Kimberly Fawcett:  $200.00
3. Employee 3:             $132.00
4. Employee 4:             $160.00
5. Employee 5:             $184.00
   Total:                         $1,003.00

Respectfully submitted,
The Debtor,
By Its Attorney,

/s/ Peter M. Daigle
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444
pmdaigleesq@yahoo.com

Dated:  December 29, 2023

# CERTIFICATE OF SERVICE

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic e-mail and first class mail.

      /s/ Peter M. Daigle_____
      Peter M. Daigle, Esquire

Dated: December 29, 2023

**Electronic Mail/ECF**:

Richard King, Assistant U.S. Trustee
David Madoff, Esq.

**Fax/Email/Overnight Mail:**

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101
Fax: 855-808-5147

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204
Fax: 617-626-2299

**Massachusetts Department of Unemployment Assistance**
19 Staniford Street
Boston, MA 02114
Fax: 617-727-3012

**271 Bedford Street, LLC**
271 Bedford Street
Lakeville, MA 02347

**Air Energy**
6 Norfolk Avenue
South Easton, MA 02375
Fax: 508-230-9446

**Credibly of Arizona, LLC**
25200 Telegraph Road #350
Southfield, MI 48033
Fax: 888-371-8950

**Dean B. Fawcett, III**
271 Bedford Street
Lakeville, MA 02347
kfawcett@bradlynn-mechanical.com

**F.W. Webb Company**
98 Lindbergh Avenue
Methuen, MA 01844
Fax: 781-272-7790

**First Citizens Federal Credit Union**
200 Mill Road
PO Box 270
Fairhaven, MA 02719
Fax: 774-628-7891

**Florida Department of Financial Services**
as receiver for United Property & Casult
11351 Ulmerton Road, Suite 314
Largo, FL 33778
Fax: 850-413-5552

**Headway Capital, LLC**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604
Fax: 888-742-2642

**Metropolitan Pipe**
30 Inner Belt Road
Somerville, MA 02143
Fax: 617-876-8449

**Newman Associates, LLC**
80 Hudson Road, Suite 200
Canton, MA 02021
Fax: 781-329-4000

**Paula Welch**
32 Priscilla Way
Carver MA 02330

**T. Sikorski Realty, LLC**
50 Turner Street
East Taunton, MA 02718

**The NEFCO Corporation**
PO Box 1701
Bridgeport, CT 06601
Fax: 860-528-3923

**The Portland Group**
PO Box 583
Framingham, MA 01704
Dave.rapazza@theportlandgroup.com

**Toyota Financial**
PO Box 5855
Carol Stream, IL 60197
Fax: 310-468-7814

**United Rental (North America) Inc.**
PO Box 100711
Atlanta, GA 30384
Fax: 203-622-6080