UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
IN RE:                                                          )                    Chapter 11
BRADLYNN CORP INC.                             )                    Case No.: 23-12142
    Debtor,                                          )
_____)

## MOTION TO APPEAR TELEPHONICALLY AT HEARINGS SCHEDULED FOR JANUARY 3, 2024

NOW COMES the Debtor, Bradlynn Corp. Inc., and hereby respectfully moves this Court pursuant to MLBR Rule 9074-1 to permit their Counsel to appear telephonically before this Court at the hearings scheduled for Wednesday, January 3, 2024, at 11:00 A.M.  at Boston Courtroom 2, 12th Floor, 5 Post Office Square, Boston, MA 02109.  In support thereof, the Debtor states as follows:

1.      Counsel for the Debtor has a scheduling conflict and is unable to attend the hearing in Court set for Wednesday, January 3, 2024.

2.      Telephonic participation at the hearing should not adversely affect any interested party.

WHEREFORE, the Debtor, Bradlynn Corp. Inc., respectfully request the Court grant this Motion for its Counsel to appear telephonically before this Court at the hearing scheduled for Wednesday, January 3, 2024, at 11:00 A.M. at Boston Courtroom 2, 12th Floor, 5 Post Office Square, Boston, MA 02109 and for such other and further relief as is just and proper.


Respectfully Submitted,
The Debtor,
By Its Attorney,

/s/ Peter M. Daigle_____

Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
Tel: 508-771-7444
Fax: 508-771-8286
pmdaigleesq@yahoo.com

Dated: December 29, 2023

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic e-mail and first class mail.

                      /s/ Peter M. Daigle_____
                      Peter M. Daigle, Esquire

Dated: December 29, 2023

**Electronic Mail/ECF:**

Richard King, Asst. US Trustee
David Madoff, Sub V Trustee

**First Class Mail:**

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101
Fax: 855-808-5147

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204
Fax: 617-626-2299

**Massachusetts Department of Unemployment Assistance**
19 Staniford Street
Boston, MA 02114
Fax: 617-727-3012

  **271 Bedford Street, LLC**
271 Bedford Street
Lakeville, MA 02347

  **Air Energy**
6 Norfolk Avenue
South Easton, MA 02375
Fax: 508-230-9446

**Credibly of Arizonia, LLC**
25200 Telegraph Road #350
Southfield, MI 48033
Fax: 888-371-8950

**Dean B. Fawcett, III**
271 Bedford Street
Lakeville, MA 02347
kfawcett@bradlynn-mechanical.com

**F.W. Webb Company**
98 Lindbergh Avenue
Methuen, MA 01844
Fax: 781-272-7790

**First Citizens Federal Credit Union**
200 Mill Road
PO Box 270
Fairhaven, MA 02719
Fax: 774-628-7891

**Florida Department of Financial Services**
as receiver for United Property & Casult
11351 Ulmerton Road, Suite 314
Largo, FL 33778
Fax: 850-413-5552

**Headway Capital, LLC**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604
Fax: 888-742-2642

**Metropolitan Pipe**
30 Inner Belt Road
Somerville, MA 02143
Fax: 617-876-8449

**Newman Associates, LLC**
80 Hudson Road, Suite 200
Canton, MA 02021
Fax: 781-329-4000

**Paula Welch**
32 Priscilla Way
Carver, MA 02330

**T. Sikorski Realty, LLC**
50 Turner Street
East Taunton, MA 02718

**The NEFCO Corporation**
PO Box 1701
Bridgeport, CT 06601
Fax: 860-528-3923

**The Portland Group**
PO Box 583
Framingham, MA 01704
Dave.rapazza@theportlandgroup.com

**Toyota Financial**
PO Box 5855
Carol Stream, IL 60197
Fax: 310-468-7814

**United Rental (North America) Inc.**
PO Box 100711
Atlanta, GA 30384
Fax: 203-622-6080