UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| BRADLYNN CORP INC. ) | Case No.: 23-12142 |
|    Debtor, ) |  |

# CERTIFICATE OF SERVICE OF NOTICE OF HEARING

I hereby certify that on January 8, 2024, I served notice of Hearing scheduled for January 30, 2024, at 10:30 a.m. before the Honorable Judge Janet E. Bostwick, to consider [6] Emergency Motion filed by Debtor Bradlynn Corp. Inc. for Use of Cash Collateral, with an Objection/Response Deadline of January 26, 2024, upon all parties of record by electronic mail, facsimile, telephone, and overnight mail as set forth below.

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: January 8, 2024

**Electronic Mail/ECF:**

Richard King, Asst. US Trustee
David Madoff, Sub V Trustee

**First Class Mail:**

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101
Fax: 855-808-5147

**Massachusetts Department of Revenue**
Bankruptcy Unit

P.O. Box 7090
Boston, MA 02204
Fax: 617-626-2299

**Massachusetts Department of Unemployment Assistance**
19 Staniford Street
Boston, MA 02114
Fax: 617-727-3012

**271 Bedford Street, LLC**
271 Bedford Street
Lakeville, MA 02347

**Air Energy**
6 Norfolk Avenue
South Easton, MA 02375
Fax: 508-230-9446

**Credibly of Arizonia, LLC**
25200 Telegraph Road #350
Southfield, MI 48033
Fax: 888-371-8950

**Dean B. Fawcett, III**
271 Bedford Street
Lakeville, MA 02347
kfawcett@bradlynn-mechanical.com

**F.W. Webb Company**
98 Lindbergh Avenue
Methuen, MA 01844
Fax: 781-272-7790

**First Citizens Federal Credit Union**
200 Mill Road
PO Box 270
Fairhaven, MA 02719
Fax: 774-628-7891

**Florida Department of Financial Services**
as receiver for United Property & Casult
11351 Ulmerton Road, Suite 314
Largo, FL 33778
Fax: 850-413-5552

**Headway Capital, LLC**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

Fax: 888-742-2642

**Metropolitan Pipe**
30 Inner Belt Road
Somerville, MA 02143
Fax: 617-876-8449

**Newman Associates, LLC**
80 Hudson Road, Suite 200
Canton, MA 02021
Fax: 781-329-4000

**Paula Welch**
32 Priscilla Way
Carver, MA 02330

**T. Sikorski Realty, LLC**
50 Turner Street
East Taunton, MA 02718

**The NEFCO Corporation**
PO Box 1701
Bridgeport, CT 06601
Fax: 860-528-3923

**The Portland Group**
PO Box 583
Framingham, MA 01704
Dave.rapazza@theportlandgroup.com

**Toyota Financial**
PO Box 5855
Carol Stream, IL 60197
Fax: 310-468-7814

**United Rental (North America) Inc.**
PO Box 100711
Atlanta, GA 30384
Fax: 203-622-6080