

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Bradlynn Corp. Inc. | Ch. 11 |
| --- | --- | --- |
|  | Debtor | 23-12142-JEB |

## Proceeding Memorandum and Order

**MATTER:**
#6 Emergency Motion filed by Debtor Bradlynn Corp. Inc. for Use of Cash Collateral.

**Decision set forth more fully as follows:**
Hearing held on January 3, 2024. For the reasons set forth on the record, the Motion is granted on an interim basis. The Debtor is authorized to use cash collateral on an interim basis through **January 31, 2024,** subject to the terms of this Order. The Debtor shall use such funds in accordance with the Budget filed on December 27, 2023, except as follows: (i) the Debtor is not authorized to make any adequate protection payments to the lenders until further order of the Court, and (ii) the Debtor may only pay expenses in accordance with the Budget, subject to a variance of no more than 10% in the aggregate.

The Debtor shall by **January 26, 2024**, file a reconciliation of budget to actual expenses with totals and cash balances for the period through January 19, 2024.

As adequate protection for any diminution in their interests due to the use of cash collateral, the secured creditors are granted replacement liens in postpetition assets of the same kind, type, and nature as their prepetition collateral and any proceeds thereof. Such liens shall have the same priority as the prepetition liens of the secured creditors and shall be deemed valid, enforceable and perfected only to the extent that the prepetition liens of the secured creditors are valid, enforceable and perfected. Nothing herein constitutes a determination of the validity, enforceability, perfection or priority of any liens.

The Court will hold a further hearing on the Motion on **January 30, 2024, at 10:30 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA. Objections to the Motion shall be filed by **January 26, 2024**.

The Debtor is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **January 8, 2024**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 01/03/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge