**Reconciliation to January 19**

| | 12/30/2023 | | | 1/6/2024 | | | 1/13/2024 | | | 1/19/2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference |
| **Deposits** | $ 12,800.00 | $ 10,561.13 | $ (2,238.87) | $ 5,000.00 | $ 6,448.20 | $ 1,448.20 | $ 49,400.00 | $ 15,280.09 | $ (34,119.91) | $ 7,000.00 | $ 11,838.30 | $ 4,838.30 |
| **Auto Insurance** | | | | $ - | $ 794.00 | $ (794.00) | $ 720.00 | $ - | $ 720.00 | $ - | $ - | $ - |
| **Liability Insurance** | $ 2,275.26 | $ 2,275.26 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Rent** | $ - | $ - | $ - | $ 2,250.00 | $ - | $ 2,250.00 | $ - | $ 1,000.00 | $ (1,000.00) | $ - | $ 1,250.00 | $ (1,250.00) |
| **Office Supplies** | $ 150.00 | $ - | $ - | | $ 101.18 | $ (101.18) | $ 100.00 | $ 224.88 | $ (124.88) | $ 200.00 | $ 205.95 | $ (5.95) |
| **Utilities** | $ 200.00 | $ - | $ - | $ - | $ - | $ - | $ 200.00 | $ 541.90 | $ (341.90) | $ - | $ - | $ - |
| **Supplies** | $ 1,500.00 | $ 1,478.66 | $ 21.34 | $ - | $ 1,912.28 | $ (1,912.28) | $ 200.00 | $ 2,037.13 | $ (1,837.13) | $ 2,000.00 | $ 1,779.22 | $ 220.78 |
| **Payroll** | $ 3,784.46 | $ 3,784.46 | $ - | $ 3,500.00 | $ 4,231.81 | $ (731.81) | $ 3,900.00 | $ 2,467.22 | $ 1,432.78 | $ 3,900.00 | $ 3,227.23 | $ 672.77 |
| **Auto Payments** | $ - | $ - | $ - | $ - | $ - | $ - | $ 710.00 | $ 725.00 | $ (15.00) | $ 480.00 | $ 450.21 | $ 29.79 |
| **Workers Comp** | $ 100.00 | $ 75.54 | $ 100.00 | $ 100.00 | $ 75.54 | $ 24.46 | $ 100.00 | $ 35.44 | $ 64.56 | $ 100.00 | $ 64.38 | $ 35.62 |
| **Payroll Tax** | $ 1,756.00 | $ 1,756.00 | $ 1,756.00 | $ 1,500.00 | $ 1,002.25 | $ 497.75 | $ 1,800.00 | $ 909.20 | $ 890.80 | $ 1,800.00 | $ 1,225.94 | $ 574.06 |
| **Payroll Service** | $ 110.00 | $ 106.66 | $ 110.00 | $ 110.00 | $ 106.66 | $ 3.34 | $ 110.00 | $ 104.27 | $ 5.73 | $ 110.00 | $ 110.83 | $ 0.83 |
| **Excise** | $ 600.00 | $ - | $ 600.00 | $ - | $ 665.46 | $ (665.46) | $ - | $ - | $ - | $ - | $ - | $ - |
| **Printing Supplies** | $ 150.00 | $ - | $ 150.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Health Insurance** | $ 800.00 | $ 411.00 | $ 389.00 | $ - | $ - | $ - | $ 1,600.00 | $ 80.35 | $ 1,519.65 | $ - | $ 959.26 | $ (959.26) |
| **Telephone** | $ 850.00 | $ - | $ 850.00 | $ - | $ - | $ - | $ - | $ 788.37 | $ (788.37) | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 12,275.72 | $ 9,887.58 | $ 2,388.14 | $ 7,460.00 | $ 8,889.18 | $ (1,429.18) | $ 9,440.00 | $ 8,913.76 | $ 526.24 | $ 8,590.00 | $ 9,273.02 | $ (683.02) |