01/26/2024 Granted. The Movant may appear via telephone/video at the January 30, 2024, hearing. The Movant shall contact the courtroom deputy, Mary Murray at mary_murray@mab.uscourts.gov to obtain the information to appear remotely.

/s/ Janet E. Bostwick

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| BRADLYNN CORP INC. ) | Case No.: 23-12142 |
| Debtor, ) | |

## MOTION TO APPEAR TELEPHONICALLY AT HEARINGS SCHEDULED FOR JANUARY 30, 2024

NOW COMES the Debtor, Bradlynn Corp. Inc., and hereby respectfully moves this Court pursuant to MLBR Rule 9074-1 to permit their Counsel to appear telephonically before this Court at the hearings scheduled for Tuesday, January 30, 2024, at 10:30 A.M. at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109. In support thereof, the Debtor states as follows:

1. Counsel for the Debtor has a scheduling conflict and is unable to attend the hearing in Court set for Tuesday, January 30, 2024.

2. Telephonic participation at the hearing should not adversely affect any interested party.

WHEREFORE, the Debtor, Bradlynn Corp. Inc., respectfully request the Court grant this Motion for its Counsel to appear telephonically before this Court at the hearing scheduled for Tuesday, January 30, 2024, at 10:30 A.M. at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 and for such other and further relief as is just and proper.

Respectfully Submitted,
The Debtor,
By Its Attorney,

/s/ Peter M. Daigle