

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Bradlynn Corp. Inc. | Ch. 11 |
| | | 23-12142-JEB |
| | Debtor | |

## Proceeding Memorandum and Order

**MATTER:**
#6 Emergency Motion filed by Debtor Bradlynn Corp. Inc. for Use of Cash Collateral

**Decision set forth more fully as follows:**
Hearing held on January 30, 2024. For the reasons set forth on the record, the Motion is granted on an interim basis. The Debtor is authorized to use cash collateral on an interim basis through **February 14, 2024,** subject to the terms of the Order dated January 3, 2024.

The Court will hold a further hearing on the Motion on **February 13, 2024, at 10:15 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

The Debtor is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **February 2, 2024**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: 01/31/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge