UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: )<br>BRADLYNN CORP INC. )<br>   Debtor, )<br>) | Chapter 11<br>Case No.: 23-12142 |

### MOTION TO APPEAR TELEPHONICALLY AT HEARINGS SCHEDULED FOR FEBRUARY 13, 2024

NOW COMES the Debtor, Bradlynn Corp. Inc., and hereby respectfully moves this Court pursuant to MLBR Rule 9074-1 to permit their Counsel to appear telephonically before this Court at the hearings scheduled for Tuesday, February 13, 2024, at 10:15 A.M. at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109. In support thereof, the Debtor states as follows:

1. Counsel for the Debtor has a scheduling conflict and is unable to attend the hearing in Court set for Tuesday, February 13, 2024.

2. Telephonic participation at the hearing should not adversely affect any interested party.

WHEREFORE, the Debtor, Bradlynn Corp. Inc., respectfully request the Court grant this Motion for its Counsel to appear telephonically before this Court at the hearing scheduled for Tuesday, February 13, 2024, at 10:15 A.M. at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 and for such other and further relief as is just and proper.

Respectfully Submitted,
The Debtor,
By Its Attorney,

/s/ Peter M. Daigle_____

*[Margin annotation, left side:]* /s/ Christopher E. Bostwick

*[Margin annotation, bottom left:]* 02/09/2024 Granted. The Movant may appear via telephone at the February 13, 2024, hearing. The Movant shall contact the courtroom deputy, Mary Murray at mary_murray@mab.uscourts.gov to obtain the information to appear remotely.