

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Bradlynn Corp. Inc. | Ch. 11 |
|---|---|---|
|  | Debtor | 23-12142-JEB |

## Proceeding Memorandum and Order

**MATTER:**
#1 Chapter 11 Voluntary Petition SubchapterV Non-Individual

**Decision set forth more fully as follows:**
Status conference held on February 13, 2024.

Dated: 02/13/2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge