

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   Bradlynn Corp. Inc.<br><br>          Debtor | Ch. 11<br>23-12142-JEB |

## Proceeding Memorandum and Order

**MATTER:**
#3 Application filed by Debtor Bradlynn Corp. Inc. to Employ Peter M. Daigle as Counsel

**Decision set forth more fully as follows:**
Hearing held on Februry 13, 2024. For the reasons set forth on the record, the Application is granted. Payment of compensation, including the application of the retainer to accrued fees and expenses, is subject to prior Court approval pursuant to Sections 330 and 331 of the Code.

Dated: 02/13/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge