

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BRADLYNN CORP. INC.,<br><br>Debtor | Chapter 11<br>Case No. 23-12142-JEB |

## Proceeding Memorandum and Order

**MATTER:**
#6 Emergency Motion of Debtor for of Use Cash Collateral

**Decision set forth more fully as follows:**
Hearing held on February 13, 2024. For the reasons set forth on the record, the Debtor is authorized to use cash collateral on an interim basis through **April 3, 2024**, on the same terms and conditions set forth in the Proceeding Memorandum and Order dated January 3, 2024.

The Debtor shall by **March 28, 2024**, file (i) a reconciliation of budget to actual expenses with monthly totals and cash balances for the period ending March 22, 2024; and (ii) a projection for further use of cash collateral through June 30, 2024.

The Court will hold a further hearing on the Motion on **April 2, 2024, at 10:00 a.m.** The hearing will be held in person in Courtroom 3, John W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109.

The Debtor is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **February 15, 2024**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: February 13, 2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge