# Exhibits for Form 425C – January

**Exhibit A:**

Not Applicable

**Exhibit B:**

Not Applicable

**Exhibit C:**

$2,000.00
$1,000.00
$3,448.20
$10,210.00
$5,070.09
$8,770.80
$3,067.50
$3,022.35
$49,400.00
$733.18
$92.35

Total: $86,814.47

**Exhibit D:**

| | |
|---|---:|
| $ | 794.00 |
| $ | 28.60 |
| $ | 57.12 |
| $ | 154.47 |
| $ | 512.00 |
| $ | 1,302.97 |
| $ | 1,455.28 |
| $ | 3,271.23 |
| $ | 106.66 |
| $ | 160.00 |
| $ | 28.60 |
| $ | 0.50 |
| $ | 35.00 |
| $ | 35.44 |
| $ | 256.00 |
| $ | 909.20 |
| $ | 2,211.22 |

| | |
|---|---:|
| $ | 0.50 |
| $ | 0.50 |
| $ | 65.00 |
| $ | 65.00 |
| $ | 3.50 |
| $ | 104.27 |
| $ | 224.88 |
| $ | 725.00 |
| $ | 450.21 |
| $ | 52.25 |
| $ | 64.38 |
| $ | 256.00 |
| $ | 959.26 |
| $ | 1,225.94 |
| $ | 2,971.23 |
| $ | 0.50 |
| $ | 28.60 |
| $ | 50.00 |
| $ | 110.83 |
| $ | 0.50 |
| $ | 0.50 |
| $ | 52.25 |
| $ | 59.43 |
| $ | 65.00 |
| $ | 65.00 |
| $ | 256.00 |
| $ | 424.52 |
| $ | 1,202.91 |
| $ | 2,975.34 |
| $ | 0.50 |
| $ | 57.25 |
| $ | 65.00 |
| $ | 101.88 |
| $ | 0.50 |
| $ | 65.00 |
| $ | 1,088.88 |
| $ | 2.00 |
| $ | 282.30 |
| $ | 2.11 |
| $ | 44.06 |
| $ | 70.69 |
| $ | 76.43 |

| | |
|---|---:|
| $ | 171.98 |
| $ | 231.53 |
| $ | 15.55 |
| $ | 17.18 |
| $ | 17.53 |
| $ | 17.69 |
| $ | 18.16 |
| $ | 22.31 |
| $ | 42.30 |
| $ | 58.50 |
| $ | 71.14 |
| $ | 505.46 |
| $ | 962.43 |
| $ | 4.01 |
| $ | 30.00 |
| $ | 146.00 |
| $ | 20.00 |
| $ | 62.74 |
| $ | 132.08 |
| $ | 4.99 |
| $ | 14.33 |
| $ | 76.84 |
| $ | 788.37 |
| $ | 20.00 |
| $ | 24.00 |
| $ | 47.49 |
| $ | 5.06 |
| $ | 80.35 |
| $ | 226.29 |
| $ | 15.93 |
| $ | 20.00 |
| $ | 215.37 |
| $ | 733.18 |
| $ | 1,296.20 |
| $ | 12.98 |
| $ | 42.45 |
| $ | 78.82 |
| $ | 541.90 |
| $ | 65.83 |
| $ | 205.95 |
| $ | 14.77 |
| $ | 17.56 |

| | |
|---|---:|
| $ | 17.56 |
| $ | 17.65 |
| $ | 17.69 |
| $ | 20.00 |
| $ | 27.52 |
| $ | 114.27 |
| $ | 306.02 |
| $ | 56.94 |
| $ | 69.79 |
| $ | 92.35 |
| $ | 35.80 |
| $ | 294.87 |
| $ | 73.69 |
| $ | 16.37 |
| $ | 20.00 |
| $ | 310.19 |
| $ | 74.11 |
| $ | 3.18 |
| $ | 11.62 |
| $ | 20.00 |
| $ | 22.53 |
| $ | 26.75 |
| $ | 275.10 |
| $ | 63.50 |
| $ | 406.95 |
| $ | 15.00 |
| $ | 57.36 |
| $ | 497.26 |
| $ | 803.00 |
| $ | 1,148.13 |
| $ | 784.65 |
| $ | 813.92 |
| $ | 1,000.00 |
| $ | 1,250.00 |

Total: $41,493.21

**Exhibit E:**
Not Applicable

**Exhibit F:**

Tri North $9,940.80 Due 1/1/24

Yi Sheng Inc $12,915.90 Due 1/1/24

RL Spencer $3,324.40 due 1/1/24

CRST $4,000 due 1/31/24

Total: $30,181.10