UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| BRADLYNN CORP INC. | ) | Case No.: 23-12142 |
| Debtor, | ) |  |
|  | ) |  |

## MOTION TO EXTEND THE TIME FOR RESPONDING TO THE ORDER TO UPDATE THE RECONCILIATION OF BUDGET AND EXPENSES

Now comes the Debtor, Bradlynn Corp. Inc., through proposed Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for 14 days for reasons therefore:

Counsel for the Debtor requires additional time to submit the reconciliation of budget and expenses. The Debtor, having recently given birth (two weeks ago) has caused a delay in their ability to provide the requested documents promptly.

WHEREFORE, the Debtor, Bradlynn Corp. Inc., through proposed Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for 14 days.

                                                                         Respectfully Submitted,
                                                                         The Debtor,
                                                                          By Its Attorney,
                                                                          /s/ Peter M. Daigle_____
                                                                          Peter M. Daigle, Esquire
                                                                          BBO # 640517
                                                                          1550 Falmouth Road, Suite 10
                                                                          Centerville, MA 02632

Dated: March 28, 2024                                (508) 771-7444

# CERTIFICATE OF SERVICE

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail or by First Class Mail postage prepaid.

                              /s/ Peter M. Daigle_____
                              Peter M. Daigle, Esquire

Dated: March 28, 2024

**Electronic Mail/ECF:**

Richard King, Asst. US Trustee

David Madoff, Sub V Trustee

**Fax/Email/Overnight Mail:**

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101
Fax: 855-808-5147

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204
Fax: 617-626-2299

**Massachusetts Department of Unemployment Assistance**
19 Staniford Street
Boston, MA 02114
Fax: 617-727-3012

**271 Bedford Street, LLC**
271 Bedford Street
Lakeville, MA 02347

**Air Energy**
6 Norfolk Avenue
South Easton, MA 02375

Fax: 508-230-9446

**Credibly of Arizonia, LLC**
25200 Telegraph Road #350
Southfield, MI 48033

Fax: 888-371-8950

**Dean B. Fawcett, III**
271 Bedford Street
Lakeville, MA 02347

kfawcett@bradlynn-mechanical.com

**F.W. Webb Company**
98 Lindbergh Avenue
Methuen, MA 01844

Fax: 781-272-7790

**First Citizens Federal Credit Union**
200 Mill Road
PO Box 270
Fairhaven, MA 02719

Fax: 774-628-7891

**Florida Department of Financial Services**
as receiver for United Property & Casualty
11351 Ulmerton Road, Suite 314
Largo, FL 33778

Fax: 850-413-5552

**Headway Capital, LLC**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

Fax: 888-742-2642

**Metropolitan Pipe**
30 Inner Belt Road
Somerville, MA 02143

Fax: 617-876-8449

**Newman Associates, LLC**
80 Hudson Road, Suite 200
Canton, MA 02021

Fax: 781-329-4000

**Paula Welch**
32 Priscilla Way

Carver, MA 02330

**T. Sikorski Realty, LLC**
50 Turner Street
East Taunton, MA 02718

**The NEFCO Corporation**
PO Box 1701
Bridgeport, CT 06601

Fax: 860-528-3923

**The Portland Group**
PO Box 583
Framingham, MA 01704

Dave.rapazza@theportlandgroup.com

**Toyota Financial**
PO Box 5855
Carol Stream, IL 60197

Fax: 310-468-7814

**United Rental (North America) Inc.**
PO Box 100711
Atlanta, GA 30384

Fax: 203-622-6080