

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Bradlynn Corp. Inc. | Ch. 11 |
|---|---|---|
| | Debtor | 23-12142-JEB |

## Order

**MATTER:**

#89 Motion filed by Debtor Bradlynn Corp. Inc. to Appear Telephonically at Hearing Scheduled for April 2, 2024 at 10:00 AM [Re: 78 Motion for entry of scheduling order fixing dates applicable to confirmation of Chapter 11 Plan and Approving Form of Ballot

Granted. The Movant may appear via telephone at the **April 2, 2024,** hearing. The Movant shall contact the courtroom deputy, Mary Murray at mary_murray@mab.uscourts.gov to obtain the information to appear remotely.

Dated: 03/29/2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge