UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| BRADLYNN CORP INC. ) | Case No.: 23-12142 |
|    Debtor, ) |  |

## RECONCILIATION OF BUDGETS AGAINST ACTUAL RECEIPTS AND DISBURSEMENTS THROUGH MARCH 22, 2024

NOW COMES the Debtor, Bradlynn Corp. Inc., and hereby respectfully submits the attached reconciliations of its budget against actual receipts and disbursements through March 22, 2024.

                                                    Respectfully Submitted,
                                                  The Debtor,
                                                  By Its Attorney,

                                                  /s/ Peter M. Daigle_____
                                                  Peter M. Daigle, Esquire
                                                  BBO # 640517
                                                  1550 Falmouth Road, Suite 10
                                                  Centerville, MA 02632
                                                  Tel: 508-771-7444
                                                  Fax: 508-771-8286
                                                  pmdaigleesq@yahoo.com

Dated: April 1, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused a duplicate copy of the above to be served upon all parties of record by electronic email and/or First Class Mail.

/s/ Peter M. Daigle\
Peter M. Daigle, Esquire\
BBO # 640517\
1550 Falmouth Road, Suite 10\
Centerville, MA 02632\
(508) 771-7444

Dated: April 1, 2024

**Email/ECF:**

Richard King, Asst. US Trustee\
David Madoff, Esq.

**First Class Mail:**

**Internal Revenue Service**\
PO Box 7346\
Philadelphia, PA 19101\
Fax: 855-808-5147

**Massachusetts Department of Revenue**\
Bankruptcy Unit\
P.O. Box 7090\
Boston, MA 02204\
Fax: 617-626-2299

**Massachusetts Department of Unemployment Assistance**\
19 Staniford Street\
Boston, MA 02114\
Fax: 617-727-3012

**271 Bedford Street, LLC**\
271 Bedford Street\
Lakeville, MA 02347

**Air Energy**
6 Norfolk Avenue
South Easton, MA 02375
Fax: 508-230-9446

**Credibly of Arizona, LLC**
25200 Telegraph Road #350
Southfield, MI 48033
Fax: 888-371-8950

**Dean B. Fawcett, III**
271 Bedford Street
Lakeville, MA 02347
kfawcett@bradlynn-mechanical.com

**F.W. Webb Company**
98 Lindbergh Avenue
Methuen, MA 01844
Fax: 781-272-7790

**First Citizens Federal Credit Union**
200 Mill Road
PO Box 270
Fairhaven, MA 02719
Fax: 774-628-7891

**Florida Department of Financial Services**
as receiver for United Property & Casult
11351 Ulmerton Road, Suite 314
Largo, FL 33778
Fax: 850-413-5552

**Headway Capital, LLC**
175 W Jackson Blvd Suite 1000
Chicago, IL 60604
Fax: 888-742-2642

**Metropolitan Pipe**
30 Inner Belt Road
Somerville, MA 02143
Fax: 617-876-8449

**Newman Associates, LLC**
80 Hudson Road, Suite 200
Canton, MA 02021
Fax: 781-329-4000

**Paula Welch**
32 Priscilla Way
Carver, MA 02330

**T. Sikorski Realty, LLC**
50 Turner Street
East Taunton, MA 02718

**The NEFCO Corporation**
PO Box 1701
Bridgeport, CT 06601
Fax: 860-528-3923

**The Portland Group**
PO Box 583
Framingham, MA 01704

**Toyota Financial**
PO Box 5855
Carol Stream, IL 60197
Fax: 310-468-7814

**United Rental (North America) Inc.**
PO Box 100711
Atlanta, GA 30384
Fax: 203-622-6080