**Reconciliation to March 22**

| | 1/19/2024 | | | 1/26/2024 | | | 2/2/2024 | | | 2/9/2024 | | | 2/16/2024 | | | 2/23/2024 | | | 3/1/2024 | | | 3/8/2024 | | | 3/15/2024 | | | 3/22/2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference | Estimate | Actual | Difference |
| **Deposits** | $ 7,000.00 | $ 11,838.30 | $ 4,838.30 | $ 5,000.00 | $ 3,022.35 | $ 1,977.65 | $ 17,000.00 | $ 53,519.00 | $ (36,519.00) | $ 5,000.00 | $ 4,654.52 | $ 345.48 | $ 15,000.00 | $ 1,755.00 | $ 13,245.00 | $ 5,000.00 | $ 3,927.95 | $ 1,072.05 | $ 5,000.00 | $ 4,285.19 | $ 714.81 | $ 5,000.00 | $ 32,469.00 | $ (27,469.00) | $ 5,000.00 | $ 4,000.00 | $ 1,000.00 | $ 15,000.00 | $ 2,608.08 | $ 12,391.92 |
| **Auto Insurance** | $ - | $ - | $ - | $ - | $ 424.52 | $ (424.52) | $ 720.00 | $ - | $ 720.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 720.00 | $ - | $ 720.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 720.00 | $ 1,348.86 | $ (628.86) |
| **Liability Insurance** | $ - | $ - | $ - | $ 1,088.88 | $ - | $ 1,088.88 | $ - | $ 1,088.88 | $ (1,088.88) | $ - | $ 1,250.00 | $ (1,250.00) | $ - | $ 1,000.00 | $ (1,000.00) | $ 1,088.88 | $ - | $ 1,088.88 | $ - | $ 1,088.88 | $ (1,088.88) | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,088.88 | $ - | $ 1,088.88 |
| **Rent** | $ - | $ 1,250.00 | $ (1,250.00) | $ - | $ - | $ - | $ 2,250.00 | $ - | $ 2,250.00 | $ - | $ 1,250.00 | $ (1,250.00) | $ - | $ 1,000.00 | $ (1,000.00) | $ - | $ - | $ - | $ 2,250.00 | $ - | $ 2,250.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Office Supplies** | $ 200.00 | $ 205.95 | $ (5.95) | $ - | $ 310.19 | $ (310.19) | $ - | $ 457.53 | $ (457.53) | $ 150.00 | $ - | $ 150.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Utilities** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 130.68 | $ (130.68) | $ 200.00 | $ - | $ 200.00 | $ 200.00 | $ 313.41 | $ (113.41) | $ - | $ - | $ - | $ 200.00 | $ 406.95 | $ (206.95) | $ 100.00 | $ 135.93 | $ (35.93) | $ 356.00 | $ 163.73 | $ 192.27 | $ 560.00 | $ 634.89 | $ (74.89) |
| **Supplies** | $ 2,000.00 | $ 1,779.22 | $ 220.78 | $ 5,000.00 | $ 785.04 | $ 4,214.96 | $ 7,500.00 | $ 848.98 | $ 6,651.02 | $ 1,000.00 | $ 13,936.53 | $ (12,936.53) | $ 1,000.00 | $ 1,988.43 | $ (988.43) | $ 1,000.00 | $ 6,667.97 | $ (5,667.97) | $ 2,500.00 | $ 1,894.18 | $ 605.82 | $ 1,000.00 | $ 14,522.02 | $ (13,522.02) | $ 1,000.00 | $ 1,434.75 | $ (434.75) | $ 1,000.00 | $ 931.12 | $ 68.88 |
| **Payroll** | $ 3,900.00 | $ 3,227.23 | $ 672.77 | $ 3,900.00 | $ 3,231.34 | $ 668.66 | $ 3,900.00 | $ 3,262.93 | $ 637.07 | $ 3,900.00 | $ 3,238.11 | $ 661.89 | $ 3,900.00 | $ 3,464.68 | $ 435.32 | $ 3,900.00 | $ 3,819.15 | $ 80.85 | $ 3,900.00 | $ 4,916.99 | $ (1,016.99) | $ 3,900.00 | $ 2,810.09 | $ 1,089.91 | $ 3,900.00 | $ 2,867.16 | $ 1,032.84 | $ 3,900.00 | $ 2,833.05 | $ 1,066.95 |
| **Auto Payments** | $ 480.00 | $ 450.21 | $ 29.79 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 710.00 | $ - | $ 710.00 | $ - | $ - | $ - | $ 710.00 | $ 450.21 | $ 259.79 | $ 480.00 | $ 1,599.10 | $ (1,119.10) | $ - | $ - | $ - | $ - | $ - | $ - |
| **Workers Comp** | $ 100.00 | $ 64.38 | $ 35.62 | $ 100.00 | $ 59.43 | $ 40.57 | $ 100.00 | $ 65.18 | $ 34.82 | $ 100.00 | $ 64.38 | $ 35.62 | $ 100.00 | $ - | $ 100.00 | $ 100.00 | $ 67.12 | $ 32.88 | $ 100.00 | $ 67.77 | $ 32.23 | $ 100.00 | $ 72.47 | $ 27.53 | $ 100.00 | $ - | $ 100.00 | $ 100.00 | $ 68.30 | $ 31.70 |
| **Payroll Tax** | $ 1,800.00 | $ 1,225.94 | $ 574.06 | $ 1,800.00 | $ 1,202.91 | $ 597.09 | $ 1,800.00 | $ 1,224.02 | $ 575.98 | $ 1,800.00 | $ 1,206.06 | $ 593.94 | $ 1,800.00 | $ 1,314.83 | $ 485.17 | $ 1,800.00 | $ 1,325.11 | $ 474.89 | $ 1,800.00 | $ 1,429.56 | $ 370.44 | $ 1,800.00 | $ 1,610.39 | $ 189.61 | $ 1,800.00 | $ 1,068.37 | $ 731.63 | $ 1,800.00 | $ 1,000.67 | $ 799.33 |
| **Payroll Service** | $ 110.00 | $ 110.83 | $ 0.83 | $ 110.00 | $ 101.88 | $ 8.12 | $ 110.00 | $ 386.51 | $ (276.51) | $ 110.00 | $ 101.88 | $ 8.12 | $ 110.00 | $ 110.83 | $ (0.83) | $ 110.00 | $ 101.88 | $ 8.12 | $ 110.00 | $ 101.88 | $ 8.12 | $ 110.00 | $ 104.27 | $ 5.73 | $ 110.00 | $ 104.27 | $ 5.73 | $ 110.00 | $ 113.22 | $ (3.22) |
| **Excise** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Printing Supplies** | $ - | $ - | $ - | $ - | $ - | $ - | $ 100.00 | $ 57.84 | $ 42.16 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Health Insurance** | $ - | $ 959.26 | $ (959.26) | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,000.00 | $ 635.41 | $ 1,364.59 | $ - | $ 959.26 | $ (959.26) | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,000.00 | $ - | $ 2,000.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Telephone** | $ - | $ - | $ - | $ 850.00 | $ - | $ 850.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 850.00 | $ - | $ 850.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 850.00 | $ 848.98 | $ 1.02 |
| | $ 8,590.00 | $ 9,273.02 | $ (683.02) | $ 12,848.88 | $ 6,115.31 | $ 6,733.57 | $ 16,480.00 | $ 7,522.55 | $ 8,957.45 | $ 9,260.00 | $ 20,432.37 | $ (11,172.37) | $ 7,820.00 | $ 9,151.44 | $ (1,331.44) | $ 8,848.88 | $ 11,981.23 | $ (3,132.35) | $ 11,580.00 | $ 9,906.21 | $ 1,673.79 | $ 9,720.00 | $ 19,705.38 | $ (9,985.38) | $ 7,746.00 | $ 7,237.38 | $ 508.62 | $ 10,128.88 | $ 7,779.09 | $ 2,349.79 |