

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BRADLYNN CORP. INC.,<br><br>Debtor | Chapter 11<br>Case No. 23-12142-JEB |

### Proceeding Memorandum and Order

**MATTER:**
#75 Motion filed by Creditor The Portland Group, Inc. for Comfort Order or in the Alternative, an Order for Relief from Stay Re: proceed as to a Surety Bond and/or mechanic's lien

**Decision set forth more fully as follows:**
Hearing held on May 7, 2024. For the reasons set forth on the record, the Motion is granted in part. The Court finds that the filing of the Notice of Contract was not a violation of the automatic stay imposed under Section 362 since it was not an action against property of the Debtor. In the alternative, to the extent it involves property of the Debtor, such action falls within the exception under Section 362(b)(3). To the extent the automatic stay applies, The Portland Group is granted relief from the automatic stay for the limited purpose of commencing any litigation required to preserve its rights to a mechanics' lien and against the surety on the bond under state law.

The Court will hold a further hearing on the Motion on **June 18, 2024, at 10:45 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

In order to provide flexibility and maximize access for parties in interest in addressing the Motion, the hearing is scheduled as a Hybrid Hearing. Parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated January 26, 2024, ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice of Participation required under Paragraph II, 2 of that order to the Courtroom Deputy, Mary Murray, at Mary_Murray@mab.uscourts.gov by **June 14, 2024, at 4:30 p.m.** As provided in the Video Hearing Order, appearance by video is limited to

counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom. **Requests submitted after the above deadline may not be considered by the Court.**

The Portland Group is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **May 9, 2024**. If The Portland Group fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: May 7, 2024                                        By the Court,


Janet E. Bostwick
United States Bankruptcy Judge