

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>BRADLYNN CORP. INC.,<br><br>Debtor | Chapter 11<br>Case No. 23-12142-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#76 Objection to Claim 4 of Claimant The Portland Group filed by Debtor Bradlynn Corp. Inc.

**Decision set forth more fully as follows:**
Hearing held on May 7, 2024. For the reasons set forth on the record, the Objection is sustained. The claim is allowed as a general unsecured claim in the amount of $43,725, as set forth on the schedules filed by the Debtor. This Order does not affect any rights that The Portland Group has against third parties.

Dated: May 7, 2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge